**B & R PLASTICS, INC., Plaintiff–Appellant,**

v.

**WHITNEY DESIGN, INC., Defendant–Appellee.**

**No. 2009–1250.**

United States Court of Appeals, Federal Circuit.

Sept. 11, 2009.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).